UNITED STATES of America, Plaintiff–Appellee,

v.

Debra Lynn LOWE, Defendant–Appellant.

No. 00–30077.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN and KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Debra Lynn Lowe appeals the district court's judgment revoking her supervised release, and the resulting imposition of a nine-month sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lowe's counsel has filed a brief stating that she finds no meritorious issues for review and a motion to withdraw as counsel of record. Lowe has not filed a pro se supplemental brief. We dismiss the appeal.

When Lowe completed her sentence upon revocation of supervised release, there ceased to be a case or controversy. *See United States v. Palomba,* 182 F.3d 1121, 1123 & n. 3 (9th Cir.1999) (stating

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

that a defendant lacks standing to challenge a completed sentence in the absence of a challenge to the underlying conviction). We therefore lack Article III jurisdiction to review Lowe's appeal. *See Spencer v. Kemna,* 523 U.S. 1, 8–17, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Palomba,* 182 F.3d at 1123 & n. 3.[3]

DISMISSED.

---

**3.** Counsel's motion to withdraw as counsel of record is GRANTED.

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.